IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brittany Dziak,                                                    Case No. 3:18-cv-02396

                        Plaintiff(s)

        v.                                                         Order

Sandusky O.K., Inc.,

                        Defendant(s)


        Upon representation of counsel that this case  has been settled between the parties, it

is hereby

        Ordered that the docket be marked "settled and dismissed without prejudice.   Each

party is to bear its own costs." Any subsequent Dismissal filed setting forth specific

settlement terms and conditions shall supersede this Order.  The Court retains jurisdiction to

vacate this Order and to reopen the action upon cause shown that the settlement has not been

completed and further litigation is necessary.  Alternatively, the Court retains jurisdiction to

enforce the settlement agreement reached between the parties.

        So ordered.


                                                        /s/ James G. Carr
                                                        Sr. United States District Judge